IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIAN K. VERMEER                                                            PLAINTIFF

vs.                         Civil No. 4:16-cv-04088-BAB

NANCY A. BERRYHILL                                        DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 14th day of August 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                                   /s/ Barry A. Bryant
                                                                                   HON. BARRY A. BRYANT
                                                                                   U. S. MAGISTRATE JUDGE